Same case below, 376 Fed. Appx. 295.

Same case below, 376 Fed. Appx. 723.

**No. 10-5583. Andres Banda-Collazo, aka Andres Collazo-Banda, aka Andres Banda Collazo, aka Andres Collazo Bonda, Petitioner v. United States.**

562 U.S. 930, 131 S. Ct. 323, 178 L. Ed. 2d 210, 2010 U.S. LEXIS 7269.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 378 Fed. Appx. 425.

**No. 10-5585. Jonathan C. Daniels, Petitioner v. E. K. McDaniel, Warden, et al.**

562 U.S. 930, 131 S. Ct. 323, 178 L. Ed. 2d 210, 2010 U.S. LEXIS 7223.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5587. Martin Allen Johnson, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary, et al.**

562 U.S. 930, 131 S. Ct. 323, 178 L. Ed. 2d 210, 2010 U.S. LEXIS 7285.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 350 Fed. Appx. 187.

**No. 10-5588. William R. Berg, Petitioner v. Prison Health Services, et al.**

562 U.S. 930, 131 S. Ct. 323, 178 L. Ed. 2d 210, 2010 U.S. LEXIS 7341.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5589. Terry Owens, Petitioner v. John Marshall, Warden.**

562 U.S. 930, 131 S. Ct. 324, 178 L. Ed. 2d 210, 2010 U.S. LEXIS 7215,

October 4, 2010. Petition for writ of certiorari for the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5591. Marcus Thurmon, Petitioner v. United States.**

562 U.S. 930, 131 S. Ct. 324, 178 L. Ed. 2d 210, 2010 U.S. LEXIS 7633.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5593. Charles T. McIntosh, Petitioner v. United States.**

562 U.S. 930, 131 S. Ct. 324, 178 L. Ed. 2d 210, 2010 U.S. LEXIS 7225.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 373 Fed. Appx. 597.

**No. 10-5594. Mattie Turner, Petitioner v. Bobbie Edmonds.**

562 U.S. 930, 131 S. Ct. 324, 178 L. Ed. 2d 210, 2010 U.S. LEXIS 7210,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Texas denied.